IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:06-00002 Chief Judge Haynes |
| CHRISTOPHER GRIFFIN, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

A revocation hearing is set in this action for **Monday, July 8, 2013 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the _14th_ day of June, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court